■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT WALTON, Appellant. [672 NYS2d 744] —Appeal by the defendant from a judgment of the Supreme Court, Queens County

(Rios, J.), rendered May 17, 1996, convicting him of criminal sale of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered, that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it is legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, resolution of issues of credibility, as well as the weight to be accorded to the evidence presented, are primarily questions to be determined by the jury, which saw and heard the witnesses (*see, People v Gaimari,* 176 NY 84, 94). Its determination should be accorded great weight on appeal and should not be disturbed unless clearly unsupported by the record (*see, People v Garafolo,* 44 AD2d 86, 88). Upon the exercise of our factual review power, we are satisfied that the verdict of guilt is not against the weight of the evidence (*see,* CPL 470.15 [5]).

Reversal is not required on the basis of prosecutorial misconduct (*e.g., People v Galloway,* 54 NY2d 396). Bracken, J. P., Thompson, Pizzuto and Florio, JJ., concur.